349 A.2d 912

**COMMONWEALTH of Pennsylvania**

v.

**James Edward MACON, Appellant.**

Supreme Court of Pennsylvania.

Jan. 29, 1976.

Myron H. Deutsch, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Gaele M. Barthold, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Motion to Quash denied. Judgment of sentence affirmed.

JONES, C. J., took no part in the consideration or decision of this case.